UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASSANDRA A. VALENTINE, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORP.,<br><br>Defendant. | Civil Action No. 2:19-cv-15906-KSH-CLW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiff |
| DATED: September 21, 2020 | *s/Yongmoon Kim*<br>Yongmoon Kim |
|  | SESSIONS, FISHMAN, NATHAN & ISRAEL<br>Attorneys for Defendant |
| DATED: September 21, 2020 | *s/Aaron R. Easley*<br>Aaron R. Easley |
| DATED:  10/21/20 | SO ORDERED:<br><br>s/ Katharine S. Hayden<br>Katharine S. Hayden, U.S.D.J. |